# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 98-2002EM

———————

| | | |
|---|---|---|
| International Association of Machinists and Aerospace Workers, AFL-CIO, | * * * | |
| Appellee, | * * | Appeal from the United States District Court for the Eastern |
| v. | * * | District of Missouri. |
| Trans World Airlines, Inc., | * | [UNPUBLISHED] |
| Appellant. | * * | |

———————

Submitted:  December 17, 1998
Filed:  December 24, 1998

———————

Before FAGG, HEANEY, and WOLLMAN, Circuit Judges.

———————

PER CURIAM.

Trans World Airlines, Inc. (TWA) raises a variety of contentions related to the district court's confirmation and enforcement of the decisions and award of a System Board of Adjustment deemed adverse to TWA.  Having reviewed the record in the context of TWA's contentions, we conclude that no error of law appears in the district court's rulings and that an extended discussion is unnecessary.  We thus affirm for the reasons stated in the district court's rulings.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.